UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BRIARWOOD FARMS, INC.

                Plaintiff,

- against -

TOLL BROS., INC.

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No. 07 CIV. 3657

**Rule 7.1 Statement**

BRIEANT

FILED U.S. DISTRICT COURT S.D. OF N.Y.W.P. 2007 MAY -9 A 9:32

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    NONE

May 8, 2007

                                          _____
                                          Joseph J. Haspel, PLLC
                                          Attorney for Plaintiff
                                          40 Matthews Street
                                          Suite 201
                                          Goshen, New York 10924
                                          (845) 294-8950