UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BRIARWOOD FARMS, INC.,

                      Plaintiff,

- against -

TOLL BROS., INC.,

                     Defendant.

-----------------------------------------------------------------X

07 CIV. 3657 (CLB)

**LOCAL RULE 7.1 STATEMENT**

ECF CASE

     Pursuant to Federal Rules of Civil Procedure 7.1 and to enable district judges and magistrate judges of the Court to evaluate possible disqualification of recusal, the undersigned counsel for the defendant certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

     Toll Brothers, Inc.

Dated: White Plains, New York
       June 15, 2007

                              BLEAKLEY PLATT & SCHMIDT, LLP
                              *Attorneys for Defendant*

                              BY:_____
                                 WILLIAM P. HARRINGTON (WH5262)
                              ONE NORTH LEXINGTON AVENUE
                              P.O. BOX 5056
                              WHITE PLAINS, NY 10602-5056
                              (914) 949-2700