UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BRIARWOOD FARMS, INC.,

                                      07 CIV. 3657 (CLB)

        Plaintiff,

- against -

TOLL BROS., INC.,                              ECF CASE

        Defendant.

------------------------------------------------------------------X

# CERTIFICATE OF SERVICE
## OF ANSWER AND LOCAL RULE 1.7 STATEMENT

BLEAKLEY PLATT & SCHMIDT, LLP
ONE NORTH LEXINGTON AVENUE
P.O. BOX 5056
WHITE PLAINS, NY 10602-5056
(914) 949-2700

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2007, a true copy of the Answer of Troll Bros, Inc. and Local Rule 7.1 Statement, both dated June 15, 2007, were served via ECF upon the following attorney for plaintiff:

> Joseph J. Haspel, Esq.
> 40 Matthews Street
> Suite 201
> Goshen, NY 10924

I hereby certify that on this 15th day of June, 2007, a true copy of said Answer and Local Rule 7.1 Statement were also sent to Mr. Haspel at the above address via regular mail.

_____
WILLIAM P. HARRINGTON (WH-5262)
Bleakley Platt & Schmidt, LLP
*Attorneys for Defendant*
One North Lexington Avenue
P.O. Box 5056
White Plains, New York 10602-5056
(914) 949-2700