

**BLEAKLEY PLATT & SCHMIDT, LLP**

NEW YORK    CONNECTICUT

WILLIAM P. HARRINGTON
914.287.6104
WPHARRINGTON@BPSLAW.COM

ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
914.949.2700
Fax: 914.683.6956
BPSLAW.COM

January 17, 2008

**By Hand**

Hon. Charles L. Brieant
United States Courthouse
300 Quarropas Street, Room 275
White Plains, NY 10601

Attn.:    Alice Cama, Court Clerk

Re:   *Briarwood Farms, Inc. v. Toll Bros.*
      **07 Civ. 3657 (CLB)**

Dear Judge Brieant:

In furtherance of my conversation with Ms. Cama, this will confirm that at the mutual request of the parties, the above matter has been extended and the pretrial conference adjourned from Friday, January 18 to Friday, March 28, 2008 at 9:00 a.m.

Thank you for your courtesy.

Respectfully submitted,

WILLIAM P. HARRINGTON

WPH:sam

cc:    Joseph Haspel, Esq. *(By Facsimile and Regular Mail)*