# EXHIBIT B

FROM :                      FAX NO. :              May. 06 2002 11:39AM  P1

DEC. 22. 2005  5:28PM    TOLL BROTHERS INC.         NO. 6080   P. 2/3

# Toll Brothers
### America's Luxury Home Builder™

Jonathan G. Ottenkrantz, Esquire

Direct Dial: (215) 938-8296
Fax: (215) 938-8155

December 22, 2005

## Via Fax 845-352-5928 and UPS

Briarwood Farms, Inc.
5 Eastview Road
Monsey, New York 10952
Attn: Yosef Herskowitz

Isaac S. Scheiner, Esq.
441 Route 306
Monsey, NY 10952
Fax: 845-364-0707

Re:   Agreement ("Agreement") dated November 7, 2005 between Briarwood
Farms, Inc ("Seller") and Toll Bros., Inc. ("Buyer")

Gentlemen:

As you know, Buyer is unable to proceed beyond the Due Diligence Period (as defined in the Agreement) upon the terms set forth in the Agreement, however we are prepared to move ahead based on an amendment to the Agreement regarding the payment of the Purchase Price.

As discussed, the Purchase Price will be payable, $75,000 cash at Closing per Lot with the balance of $250,000 per Lot payable by purchase money note and mortgage on the following terms:

- Interest will be payable quarterly at 6.5% per annum.
- Note will be Pre-payable without penalty.
- Maturity will be 30 months following Closing, subject to mandatory pre-payment of $250,000 upon each Lot/house sale to a third party and release of that Lot from the mortgage. Title Company will hold releases in escrow pending payment at each Lot closing.
- Note and Mortgage will be non-recourse, shall permit the intended development and shall be subject and subordinate to any development related easements and agreements.

New York Stock Exchange • Symbol TOL
Corporate Office: 250 Gibraltar Road, Horsham, PA 19044
(215) 938-8000
tollbrothers.com

TB 0097

FROM :                          FAX NO. :                    Dec. 23 2005 10:43AM P2

FROM :                          FAX NO. :                    May. 06 2002 11:39AM P2

DEC. 22. 2005  5:29PM    TOLL BROTHERS INC.              NO. 6080   P. 3/3

Yosef Horskowitz
Isaac Scheiner, Esq.
December 22, 2005
Page 2

If you are in agreement with the foregoing terms, kindly sign and fax back a counterpart of
this letter to reflect an extension of the Due Diligence Period through January 6, 2006, during   ✳
which time we will prepare a formal amendment for execution. Alternatively, this letter
constitutes Buyer's termination of the Agreement pursuant to Section 13 thereof, such
termination to be effective as of the expiration of the Due Diligence Period.

Defined terms used in this letter have the meanings set forth in the Agreement.

                              Very truly yours,


                              Jonathan G. Offenkrantz


BRIARWOOD FARMS, INC.

By
   Name: Yosef Horskowitz
   Title: Vice President


JGO/pf

cc:  Wayne Patterson
     Warner Thiessen
     Robert Parahus
     Elizabeth Stein

✳This extension is solely for
the purpose of preparation
of formal amendment for
execution. My signature constitute
agreement by the foregoing terms
with Toll Brothers, Inc.

Kindly sign & fax back a
copy of this letter.

Toll Brothers, Inc.

By: Jonathan G. Offenkraube, Esq.

TB 0098