UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

BRIARWOOD FARMS, INC.                    Index No.  07 Civ. 3657 (CLB)

                 Plaintiff,          **AFFIDAVIT OF SERVICE**

   - against -

TOLL BROS., INC.

                Defendant.

------------------------------X

STATE OF NEW YORK    )
                      )ss.:
COUNTY OF ORANGE     )

     LESLIE K. SCHOFIELD, being duly sworn, deposes and says:   I am not a party to this action, am over the age of 18 years and reside at Middletown, New York.

     On May 28, 2008, I served a true copy of the Plaintiff's Notice of Motion and Supporting Papers with Rule 56 Statement in the following manner:  by mailing the same in a sealed envelope, with postage prepaid thereon, (via:  Federal Express) within the State of New York, addressed to the last known address of the addressee(s) listed below.

                 Bleakley Platt & Schmidt, LLP
                 Attorneys for Defendant
                 One North Lexington Avenue
                 PO Box 5056
                 White Plains, New York 10602

                                          Leslie K. Schofield

Sworn to before me this
28th day of May, 2008

_____
NOTARY PUBLIC
Joseph J. Haspel
02HA6056394
Qualified in Orange County
Commission Expires 3/19/2011