UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

BRIARWOOD FARMS, INC.,

                                                                                                07 CIV. 3657 (CLB)

                    Plaintiff,

- against -

TOLL BROS., INC.,                                                       ECF CASE

                    Defendant.

------------------------------------------------------------------X

**TOLL BROS., INC.'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Upon the Declaration of Daniel Zalinsky dated June 17, 2008, the Declaration of William P. Harrington, dated June 18, 2008, the exhibits annexed thereto, the accompanying memorandum of law and Local Rule 56.1 statement, defendant Toll Bros., Inc. shall cross-move pursuant to Rule 56 F.R.Civ.P. for summary judgment dismissing the complaint, awarding Toll Bros., Inc. judgment on its counterclaim, with interest, costs and disbursements, together with whatever further relief the Court deems just and proper.

Dated: White Plains, New York
       June 18, 2008

                                              BLEAKLEY PLATT & SCHMIDT, LLP

                                              BY: _____
                                                  WILLIAM P. HARRINGTON (WH5262)
                                              *Attorneys for Defendant*
                                              ONE NORTH LEXINGTON AVENUE
                                              P.O. BOX 5056
                                              WHITE PLAINS, NY 10602-5056
                                              (914) 949-2700

TO:  JOSEPH J. HASPEL, ESQ.
*Attorney for Plaintiff*
40 MATTHEWS STREET
SUITE 201
GOSHEN, NY 10924
(845) 294-8950