# EXHIBIT 5

# VILLAGE OF POMONA

## POMONA, N. Y. 10970

P.J. CORLESS, P.E. & P.L.S.
VILLAGE ENGINEER
Email: joe@corless.com

44 HALLEY DRIVE
POMONA, N.Y. 10970-2003

(845) 354-3322
FAX: (845) 354-3243

Memo to: Village Planning Board                    December 31, 2005

cc:    Village attorney, planner, building inspector, David Zigler, PLS

Re:    Halley Estates-II RS, proposed 40 lots. TL#25.09-1-2
       Map dated 1/25/05, no revisions, prepared by Atzl et al

This review is of the remaining sheets, 11 through 19, of the submittal made by the applicant for preliminary approval of the subdivision application. 9 sheets reviewed as part of this submission.

**Sheet No.11**- plan and profile, dated 1/25/05, no revisions:
1.    The size and type of water main should be shown on the plan and in the section;
2.    The hydrant locations should be shown in the plan view. After preliminary approval, plans should be forwarded to the fire company for recommendation to the Planning Board, on location for the hydrant. Hydrants should be spaced, per ISCO recommendations;
3.    the drawings should be signed and sealed by the professional preparing the plans;
4.    In the plan view, the catch basin (see catch basin #19) is shown as 5' from the property line, as typical. Isn't the back of the concrete structure 8' from the property line, with a 30' wide pavement section?
5.    After preliminary approval, the plans should be forwarded to the Town of Haverstraw for sewer district approval.
6.    The loop street from Klingher Court is without a name. In the interim, the applicant should designate this street as Road "A";
7.    The plan and profile should designate the street on the map as Klingher Court;

**Sheet No.12**- plan and profile, dated 1/25/05, no revisions:
1.    the drainage piping and catch basin, between lots 25 and 26 may no longer be necessary, since the applicant agreed to extend drainage to the north side of N/F Diamond;
2.    A plan and profile of that drainage should be submitted;
3.    This plan and profile view should be labeled as Road A;

**Sheet No.13**- plan and profile, dated 1/25/05, no revisions:
1.    The slope of the cul de sac should not exceed 4%, at the end of Road A. The slope on the profile view should be labeled;

**Sheet No.14-** plan and profile, dated 1/25/05, no revisions:

1. Reference should be made to the erosion control details and clearing limit lines, related to this particularly difficult portion of construction;

**Sheet No.15-** plan and profile, dated 1/25/05, no revisions:

1. Is there any other construction required on the offsite drainage location? How does the water enter the existing drainage channel? A proposed path should be shown;
2. the engineer should consider a removable galvanized grate over the opening to prevent small animals from entering the structure;
3. Who will maintain this structure?
4. Dimension the rip-rap stone in the preformed scour hole;
5. Where is the typical section for the common driveway used? The final drafting should be corrected on the next submission;
6. Is the standard catch basin detail different than the one on sheet 18? Where is this catch basin to be used? Specify the Campbell or equal casting number and require that it be bicycle proof;

**Sheet No.16-** plan and profile, dated 1/25/05, no revisions:

1. A section for the proposed private driveway should be shown on this sheet, along with the other supporting utilities;

**Sheet No.17-** RC Highway Department details, dated 1/25/05, no revisions:
Not reviewed by the Village. The applicant should provide the Village with a signed review copy for its records;

**Sheet No.18-** Pomona construction details, dated 1/25/05, no revisions:

1. correct the street detail to require 1-1/2" wearing course, 2" binder and 4" base, over 8" of item 4 stone;
2. correct the asphaltic concrete road pavement detail;
3. Correct the paving specification and eliminate the parking area. The reference to the Town of Stony Point should be eliminated;
4. correct the cut stone curb specification by showing bottom drain under the concrete, in the stone section, venting to daylight;
5. The precast concrete catch basin should show casting model number and be bicycle proof;

**Sheet No.19-** tree list, dated 1/25/05, no revisions:
This listing should be referenced to some other map, for location;

TB 0062