# EXHIBIT 8(a)

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------

BRIARWOOD FARMS, INC.,

     Plaintiff.

- vs -                07civ. 3657 (clb)

TOLL BROS., INC.

     Defendant.

-----------------------------------

        TUESDAY, MARCH 25, 2008
        1:08 P.M.

    DEPOSITION of P.J. CORLESS, called for examination by counsel for the Defendants, held at the Pomona Village Hall, 100 Ladentown Road, Pomona, New York 10870, before Nancy Anne Flynn, Registered Professional Reporter and a Notary Public in and for the State of New York, and transcribed under her direction.

Page 2

```
 1      A P P E A R A N C E S :
 2
 3          JOSEPH J. HASPEL, ESQ.
            Attorney for Plaintiff
 4          40 Matthews Street
            Suite 201
 5          Goshen, New York 10924
            (845) 294-8950
 6
 7          WILLIAM HARRINGTON, ESQ.
            BLEAKLEY, PLATT & SCHMIDT, LLP
 8          Attorneys for Defendant
            One North Lexington Avenue
 9          Seventh Floor
            White Plains, New York 10272
10          (845) 354-0545
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

P.J. Corless                                              March 25, 2008
                              Pomona, NY

```
                                                              Page 3
 1                         CONTENTS
 2   EXAMINATION OF P.J. CORLESS                              PAGE
 3   BY MR. HARRINGTON                                          4
 4   BY MR. HASPEL                                             50
 5   BY MR. HARRINGTON                                         62
 6
 7
 8   EXHIBITS
 9   DEFENDANT'S   DESCRIPTION                                PAGE
10   A    Chapter 119 of Village Code re                        9
11        steep slopes law.
12   B    Copy of chapter 118 of the Village                   13
13        Code re Subdivision Land.
14   C    Cover Sheet Preliminary Subdivision                  34
15        Halley Estates II.
16   C-1  Drawing number seven from Exhibit C,                 39
17        drawing entitled "Disturbed Slope Map."
18   D    One-page village calendar.                           36
19   E    Documents received pursuant to FOIL                  47
20        request.
21            (Exhibits retained)
22
23
24
25
```

P.J. Corless                                               March 25, 2008
Pomona, NY

Page 4

1                       P.J. CORLESS,
2           having been duly sworn by a Notary
3           Public for the State of New York,
4           testified as follows:
5     EXAMINATION BY
6     BY MR. HARRINGTON:
7           Q     Good afternoon, Mr. Corless.
8           A     Good afternoon.
9           Q     My name is Bill Harrington and I'm
10    with the firm of Bleakley, Platt & Schmidt in
11    White Plains, and we represent Toll Bros in a
12    lawsuit, which is the defendant in a lawsuit
13    brought in the Southern District of New York by
14    Briarwood Farms, Inc.
15                You are here today pursuant to
16    subpoena, correct?
17          A     Yes.
18          Q     Can you give, please, the reporter
19    for the record your address, and you can use the
20    village address if you like.
21          A     No, I use my home address, 44 Halley
22    Drive, Pomona, New York.
23          Q     Can you just briefly outline your
24    educational background for me?
25          A     I have a Bachelor's of Civil

P.J. Corless                                           March 25, 2008
                              Pomona, NY

                                                              Page 5

1                    P.J. Corless
2    Engineering, a Master's of Business in Economics
3    and a Master's in Environmental Technology, and
4    licensed as a Professional Engineer in New York
5    and New Jersey and licensed as a land surveyor as
6    well.
7         Q    Have you ever been deposed before?
8         A    Yes, I have.
9         Q    So, you know generally the rules?
10        A    Generally.
11        Q    Let me go through them very
12   briefly.  Please allow time to expire between
13   when I ask the question and you respond so the
14   reporter can get everything down.  If you don't
15   understand a question, please let me know and I
16   will try and rephrase it in a fashion so you can
17   understand it.  Please give audible responses to
18   all my questions, and in the event you don't know
19   the answer to my question, please tell me.
20        A    Okay.
21        Q    Don't guess.  To the extent I ask a
22   question and it's not clear, please tell me, all
23   right?
24        A    Yes.
25        Q    Okay.  Now, did you speak to anyone

Page 6

```
 1                    P.J. Corless
 2   in preparation for this deposition?
 3        A    The village attorney, I told her I
 4   was given a subpoena, and that was all.
 5        Q    Did you review any documents?
 6        A    I did not.
 7        Q    Are you aware of the nature of the
 8   lawsuit between the parties?
 9        A    No.
10        Q    Who is your current employer?
11        A    I'm self-employed, Corless &
12   Associates Engineers.  I am under contract with
13   the Village of Pomona for the past 31 years.
14        Q    In what capacity do you contract
15   with the Village of Pomona?
16        A    As the village engineer.
17        Q    And you've held that position for
18   the last --
19        A    Thirty-one.
20        Q    So it's fair to say that you're
21   familiar with the Village Code of the Village of
22   Pomona?
23        A    I'm reasonably familiar with it,
24   yes.
25        Q    In your capacity as village
```

P.J. Corless                                          March 25, 2008
                        Pomona, NY

Page 7

1                       P.J. Corless
2    engineer, do you ever work with the village's
3    planning board?
4         A     Yes.
5         Q     And in that work do you become
6    involved with the planning board's review of
7    proposed subdivision applications?
8         A     I do.
9         Q     Does the village have a steep slope
10   law?
11        A     Yes, it does.
12        Q     And are you familiar with it
13   generally?
14        A     I'm familiar with it, yes.
15        Q     In your capacity as village
16   engineer, have you ever been involved with the
17   planning board's review of a subdivision
18   application involving steep slopes?
19        A     Yes, I have.
20        Q     Can you describe for me in general
21   terms what the planning board does with respect
22   to a subdivision application that involves land
23   that has steep slopes as defined by the
24   ordinance?
25        A     The applicant is required to produce

Page 8

```
 1                   P.J. Corless
 2   maps that have topography illustrating two-foot
 3   contours, and then that piece of land is
 4   identified for slopes within various percentages
 5   up to 15 percent, up to 24 percent, and greater
 6   than that, in general terms.  And the purpose of
 7   that is to determine the amounts of steep slopes,
 8   extremely steep slopes, and moderate slopes.
 9          Q    And what is the significance, if
10   any, of property that is defined as moderate,
11   extreme, or however the ordinance defines it?
12          A    The intent of the ordinance was to
13   have the applicant evaluate the necessity to
14   build on steep slopes, and to encourage not to
15   build on the steep slopes so that you don't
16   create erosion control and soil problems related
17   to that kind of construction.
18          Q    And that would also lead to
19   potential runoff and water pollution, correct?
20          A    Yes.
21               MR. HARRINGTON:  I'm going to
22          mark as Exhibit A, Chapter 119 of what
23          I understand is the Village Code, which
24          we obtained on line, which is the steep
25          slopes law, which is entitled Site
```

Page 9

1              P.J. Corless
2      Development.
3              (Chapter 119 of Village Code re
4      steep slopes law was marked as
5      Defendant's Exhibit A for
6      identification.)
7          Q    Mr. Corless, I show you what we
8  marked as Exhibit A.  I can represent we obtained
9  it off the website.  If you could just in general
10 review it very quickly and confirm for me that
11 that is, in fact, the Village's steep slope law?
12         A    It looks like our law.  I brought my
13 code book with me, it looks like our --
14         Q    I'm not trying to trick you.
15         A    I understand.  It looks like the law
16 we've discussed, moderately steep, very steep,
17 and extremely steep.
18         Q    Let's go through it a little bit.
19 If you could look at section 119-1, subsection
20 (a) would be the second page.
21         A    Yes.
22         Q    That defines moderately steep slope,
23 very steep slope, and extremely steep slope; do
24 you see that?
25         A    Yes.

Page 10

```
 1                    P.J. Corless
 2         Q     And that's what you referred to
 3   earlier?
 4         A     Yes.
 5         Q     What is your understanding of the
 6   purpose of creating three categories of slope?
 7         A     The purpose, again, was to control
 8   land disturbance on areas that would result in
 9   water pollution impacts and perhaps even some
10   slope unstabilization, et cetera.
11         Q     Okay.  Now, if you could refer to
12   Section 119-2, which is Article 2 of the
13   ordinance?
14         A     Yes.
15         Q     And subsection (a) states, quote,
16   "Regulated Activities:  It shall be unlawful to
17   create a new steep slope or to disturb an
18   existing steep slope, or to create any other
19   disturbance of land on a steep slope, including
20   the installation of retaining walls, other than
21   an exempt activity as defined in subsection (b)
22   hereof without having first obtained site plan
23   approval from the planning board or such other
24   approving authority as provided in this chapter
25   and a work permit from the building inspector."
```

P.J. Corless                                              March 25, 2008
                              Pomona, NY

                                                               Page 11

1                    P.J. Corless
2          Now, is that your understanding of
3    the law?
4         A    Yes.
5         Q    If you go to section 119-4 under the
6    title Approving Authority, the permit in question
7    is known as a site development plan permit; is
8    that right?
9         A    Yes.
10        Q    And is it fair to say that under the
11   law, where you have either a very steep slope as
12   defined in the ordinance or an extremely steep
13   slope as defined in the ordinance, that you have
14   to get approval from the planning board for such
15   a permit?
16        A    The applicant does, yes, that's
17   correct.
18        Q    And it's only in the instances of a
19   moderately steep slope that the village engineer
20   can issue the permit, correct?
21        A    That's correct.  Actually, I review
22   the site plan and submit a recommendation to the
23   building inspector.  He issues the building
24   permit, if you will, I mean procedurally.
25        Q    If we go to section 119-5 of Exhibit

Page 12

```
 1                      P.J. Corless
 2   A, that sets forth in detail the information that
 3   an applicant for a steep slope permit would have
 4   to provide, correct?
 5          A      Correct.
 6          Q      Section 119-6 of the ordinance
 7   reflects the various fees that would have to be
 8   paid by an applicant seeking a steep slope
 9   permit, correct?
10          A      Correct.
11          Q      And that includes fees to be placed
12   in escrow to pay for the Village's consultants to
13   review the application, correct?
14          A      Yes.
15          Q      Now, you go back to 119-4,
16   subsection (b) states, quote, "Where the planning
17   board is reviewing an application under the
18   provisions of chapter 118 of the Village Code, it
19   shall also be the approving authority for any
20   site development plan permit required in
21   connection with such application." What is
22   chapter 118?
23          A      Subdivision, realty subdivision, any
24   realty subdivision falls under the planning board
25   purview.
```