# EXHIBIT 8(b)

P.J. Corless                                    March 25, 2008
                        Pomona, NY

                                                        Page 13

1                       P.J. Corless
2      Q     So any steep slope permit that's
3  required in conjunction with a subdivision --
4      A     Any.
5      Q     -- has to be obtained from the
6  planning board?
7      A     Yes sir.
8            MR. HARRINGTON:  Put that aside
9       for a second and let me show you what
10      we will mark as Exhibit B for
11      identification.
12           (Copy of chapter 118 of the
13      Village Code re Subdivision Land was
14      marked Defendant's Exhibit B for
15      identification.)
16     Q     Mr. Corless, I am going to show you
17  what we marked as Exhibit B, and again I'll
18  represent to you it is a copy of chapter 118 of
19  the Village Code entitled Subdivision Land, which
20  we secured from the Village's website.  If you
21  could just look at it, and without going through
22  it in detail, are you generally familiar with
23  chapter 118 of the Village Code?
24     A     I am.
25     Q     That's the chapter that governs

Page 14

1                       P.J. Corless
2   subdivision approvals, correct?
3       A    That's correct.
4       Q    In the Village of Pomona, the
5   planning board is the authority that approves
6   subdivision applications?
7       A    It is, yes.
8       Q    If you look at section 118-5, on the
9   second page it states that, "No building permit
10  can be issued for a single-family home until
11  final subdivision approval has been issued by the
12  planning board," correct?
13      A    Correct.
14      Q    And that's generally true in most
15  municipalities, correct?
16      A    In general.  Sometimes older
17  ordinances allow model homes, but ours does not.
18      Q    If you go to 118-9, it's a
19  definition section?
20      A    Yes.
21      Q    And under the definition of
22  Subdivision plat, or final plat, you see that?
23      A    I don't see -- I see major
24  subdivision, minor subdivision.  Subdivision plat
25  or final plat, okay.

P.J. Corless                                           March 25, 2008
                              Pomona, NY

Page 15

1              P.J. Corless
2      Q     That states, quote, "A drawing in
3  final form, showing a proposed subdivision and
4  containing all information or detail required by
5  law and by these regulations to be presented to
6  the planning board for approval, and which if
7  approved may be duly filed and recorded by the
8  applicant in the office of the County Clerk."
9             Now, can you please explain for me,
10 in general, the process an applicant goes through
11 in securing subdivision approval say, for
12 example, a forty lot subdivision, generically the
13 process?
14     A     Applications are taken from the
15 village clerk for subdivision.  We, in this
16 village we use the county standard form for
17 realty subdivision.  And that's completed and
18 submitted with an environmental impact assessment
19 form, usually the long form, because of this you
20 say forty lots.
21     Q     Right.
22     A     Then the engineer together with a
23 surveyor will map out the properties in terms of
24 topography and boundary lines, and then lay out
25 roads horizontally, and then do some calculations

Page 16

1                    P.J. Corless
2     about size of lots. We have a minimum of one
3     acre, actually 40,000 square feet not 43,560, in
4     our village, so they would start laying out lots.
5     There's minimum widths and minimum depths. And
6     they would go through that process and submit
7     what's called a sketch plat and compare that
8     layout.
9              The guidance would be from this
10    section 118, our law, which spells out the widths
11    of streets and the lengths of cul-de-sacs and the
12    curvature, horizontal and vertical, a whole bunch
13    of standards from which the geometry is based on
14    for the breaking up of a large parcel into
15    several smaller parcels.
16             And then when it is submitted for
17    sketch, it goes through a series of iterations on
18    changes, either brought on by the village
19    comments or by more information being collected
20    by the applicant related to traffic, to drainage,
21    to water, sewer, all the utilities. So it's an
22    involved process, generally takes a couple of
23    years for that big a project.
24       Q    Does there come a time that the
25    applicant actually submits a formal plat or plan

Page 17

1                         P.J. Corless
2    to the planning board for consideration?
3         A    Yes.
4         Q    Does there come a time that the
5    planning board holds a public hearing with
6    respect to that issue?
7         A    Yes, we hold both preliminary and
8    final, and nowadays for environmental impact, so
9    we have three.
10        Q    Just so I'm clear, that initial map
11   is known as a preliminary subdivision map,
12   correct?
13        A    Yes, in village law it's
14   preliminary, although we treat it as a sketch,
15   which is an old fashioned way.  But it's
16   preliminary, yes.
17        Q    If we look at Section 118 in the
18   Definition section, there is a definition for
19   Preliminary plat?
20        A    Yes.
21        Q    That is the initial drawing that
22   you're referring to, correct?
23        A    That's correct.
24        Q    And that's distinct from a final
25   plat as we discussed a moment ago, correct?

Page 18

1                         P.J. Corless
2        A      That's correct.
3        Q      The final plat is in fact the plat
4   that's been ultimately approved by the planning
5   board, correct?
6        A      Correct. Most villages issue a
7   preliminary approval on the plat which fixes
8   horizontal control and then they can go on to
9   other details.
10       Q      Let's talk about that.
11       A      Okay.
12       Q      You mentioned a moment ago that the
13  planning board conducts a public hearing?
14       A      Yes.
15       Q      And presumably hears testimony from
16  both the applicant and the public with respect to
17  a proposed subdivision?
18       A      Correct.
19       Q      Then there comes a time that they
20  close the public hearing, correct?
21       A      Usually.
22       Q      At some point?
23       A      Yes.
24       Q      At that point in time, the planning
25  board, within a statutory period of time, has to

Page 19

1           P.J. Corless
2  vote on whether to approve or not approve that
3  preliminary subdivision?
4       A    That's correct.
5       Q    And if the preliminary subdivision
6  plan is approved, what is in fact approved at
7  that point?  Again, using a 40 lot subdivision as
8  an example.
9       A    Explicitly the horizontal alignments
10 are fixed, the number of lots are, quote,
11 established, and the road location again
12 horizontal control.  And usually a conceptual,
13 water, sewer, drainage, utilities, are
14 established, and environmental issues have been
15 resolved to get to that point.
16      Q    Now, with respect to the issue of
17 steep slopes?
18      A    Yes.
19      Q    In the preliminary subdivision
20 review phase, what if any review is given by the
21 planning board to steep slopes, as it relates to
22 lot count and road construction?
23      A    Well, the surveyor would identify
24 and show on various hatching means on the map
25 steep slope, extremely steep slope, you know,

Page 20

1                    P.J. Corless
2     those kind of things, and based upon the geometry
3     of the site, he would attempt to lay out lots
4     without going into extremely steep slopes and
5     certainly avoid them for roads and those kind of
6     things.  So it's an involved process.
7          Q    How about with respect to very steep
8     slopes?  And my question is with respect to very
9     steep slopes, if a lot is comprised of entirely
10    property or land that's characterized as very
11    steep slope under the ordinance, what impact if
12    any, would that have?
13         A    He would lose his, some of the area
14    proportionally to the amount of steep slopes.  We
15    don't allow them to build the roads across the
16    steep slopes, unless there is no alternative, and
17    we can't prevent the guy from using his property.
18    But we do deduct, or the code refers to a
19    deduction in area, and it's spelled out in the
20    ordinance.
21         Q    Okay.  Now, once a preliminary plat
22    is approved by the planning board, what happens
23    next in the subdivision approval process?
24         A    Well, once preliminary is received,
25    the process is essentially on the way to

Page 21

1               P.J. Corless
2   completion. All the major issues that could
3   prevent approval have been resolved to the
4   satisfaction of the village planning board, and
5   the completion of all kinds of details related to
6   engineering and perhaps even legal issues are
7   then put through the hoops. All the details are
8   furnished and they're reviewed, and then we go
9   back for --
10              And when they are satisfied to all
11  the agencies, there are outside agencies that we
12  refer maps to, then we set it up again for a
13  public hearing.
14       Q    If those details aren't resolved,
15  can the preliminary plat be approved?
16       A    No. Usually it's a conditioned
17  preliminary approval.
18       Q    So if I'm clear, preliminary
19  approval is just that, it's a preliminary
20  approval, it's not a final approval, and it's
21  subject to certain conditions?
22       A    Yes, you can imagine that there are
23  conditions that the planning board may want the
24  applicant to get approval of another agency, and
25  another agency may not want to review the map

Page 22

1                    P.J. Corless
2  until there is a preliminary map given, approval
3  given.  So you're caught between jurisdictions.
4  So they would say, we will give you preliminary
5  approval based upon your submitting to New York
6  State Department of Transportation and getting
7  approval for the traffic, whatever.
8         Q    Okay.  Let's go back to the steep
9  slopes ordinance, in you could, that's chapter
10 119, and if you could refer to section 119-7.  I
11 am going to read it into the record and then ask
12 you a couple of questions.
13        A    Yes.
14        Q    Subsection (a) states, quote, "It is
15 the intent of this chapter to incorporate the
16 consideration of steep slope protection into the
17 village's existing land use and development
18 approval procedures in conjunction with the
19 procedures of the New York State Environmental
20 Quality Review Act.
21             "To the maximum extent possible the
22 review hearings and decisions upon any
23 application process under this chapter will run
24 concurrently with similar procedures that the
25 approving authority may undertake in connection

Page 23

1              P.J. Corless
2    with the other applications that are directly
3    related."
4              Now, are you familiar with that
5    provision?
6         A    I am.
7         Q    And with respect to securing steep
8    slope -- I am going to refer to it as a steep
9    slope permit, if that's okay with you?
10        A    Yes.
11        Q    In conjunction with obtaining steep
12   slope permits, can those permits be obtained in
13   conjunction with the subdivision review process?
14        A    They are obtained with, the site
15   plan incorporates that, quote, steep slope
16   requirements in the review process, they are not
17   issued separately.
18        Q    Let me just put a finer point on
19   that. With respect to the process as you've
20   defined it a moment ago, before final subdivision
21   approval is granted by the planning board, is
22   there anything that would prohibit an applicant
23   from obtaining the necessary steep slope permits
24   for a, say, a 40-lot subdivision, given this
25   section?

Page 24

```
 1                    P.J. Corless
 2        A    Again, for the sake of clarity and
 3   detail, if you were to have a mythical 40-lot
 4   subdivision, the applicant by his engineer and
 5   attorney, would put on a mythical house, a 40 by
 6   60 box, and show grading for that and show where
 7   that is in relation to steep slopes, and where
 8   the driveways are and where the utilities
 9   are.  And when final subdivision is granted, that
10   lot would have a steep slope approval for that
11   mythical 40 by 60 box.
12                In the real world the house might be
13   40 by 72 or 32 and 75, and all kinds of -- so we
14   make them come back, whenever it's bigger, come
15   back for another steep slope permit and another
16   public hearing.  So you could go away with
17   approval for 40 lots, but you really don't have a
18   specific site plan approval until you come up
19   with a real house.
20        Q    Unless, of course, you built the
21   real house within the confines of --
22        A    Correct.
23        Q    In certain jurisdictions that's
24   known as a building envelope?
25        A    No, the building envelope is the
```

Page 25

```
 1                      P.J. Corless
 2   maximum extent of the house.  This would be the
 3   footprint.
 4        Q    Okay.
 5        A    So in this village, if you make the
 6   footprint of the real house smaller, than the
 7   building inspector is allowed to issue a building
 8   permit.  If the house is bigger in any dimension,
 9   then it's back to the planning board.  So there
10   are some fine lines.
11        Q    I understand?
12        A    And it varies.
13        Q    At the end of the day, in order to
14   secure final subdivision approval, an applicant
15   must obtain steep slope approval for the mythical
16   houses that are depicted on each lot?
17        A    Correct.
18        Q    If the developer subsequently wants
19   to exceed the boundaries of that mythical house,
20   he, she, or it has to come back to the planning
21   board to obtain a new steep slope permit?
22        A    But he does have the right to build
23   on the mythical house footprint.
24        Q    Okay?
25        A    Not the building envelope.
```

P.J. Corless                                         March 25, 2008
                          Pomona, NY

Page 26

```
 1                      P.J. Corless
 2         Q      Okay.  And the steep slope permits
 3   are the types of the final details that you
 4   talked about between preliminary subdivision
 5   approval and final approval?
 6         A      Right.
 7         Q      If we look at section 119-7, it's
 8   fair to say that that articulates the procedures
 9   for the review and the making of the decision
10   with respect to steep slopes?
11         A      Almost more than enough detail, yes.
12         Q      It goes on for --
13         A      Pages.
14         Q      And it's rather elaborate; is it
15   not?
16         A      Yes.
17         Q      It involves an additional public
18   hearing, correct?
19         A      Correct.
20         Q      And it involves a posting of a
21   letter of credit, correct?
22         A      Yes.
23         Q      And it also permits the planning
24   board to require a phased site plan review?
25         A      Yes.
```

```
                                                    Page 27
 1                    P.J. Corless
 2        Q     Whether or not you recommend it or
 3   not?
 4        A     Correct, that's a new amendment to
 5   the local law.
 6        Q     Okay.
 7        A     It's not phase site plan review,
 8   it's a phase site plan construction.
 9        Q     Let's look if you could, because I'm
10   new to this ordinance.  Under section C6U.
11        A     119-7?
12        Q     Yes.
13        A     C6U, okay.
14        Q     In the first sentence it says,
15   quote, "The planning board shall have the
16   authority to require phase site development plan
17   review, whether or not recommended by the
18   building inspector or village engineer and
19   regardless of the source of the information upon
20   which the planning board bases its decision to
21   require phase site development plan review."
22              What does that mean?
23        A     Those words talk about the planning
24   board reviewing the site plan in various
25   phases.  In actuality, what the planning board
```