EXHIBIT 9



DISTURBED AREA SLOPE LEGEND

DENOTES DISTURBED AREA WITH MODERATELY STEEP SLOPE (15% – 25%)

DENOTES DISTURBED AREA WITH VERY STEEP SLOPE (25% – 35%)

DENOTES DISTURBED AREA WITH EXTREMELY STEEP SLOPE (35% & UP)

ATZL, SCATASSA & ZIGLER P.C.
ENGINEERS—SURVEYORS—PLANNERS

HALLEY ESTATES II

VILLAGE OF POMONA
ROCKLAND COUNTY, NEW YORK

DISTURBED SLOPE MAP

PROJECT NO. 2511

DRAWING NO. 7