UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRIARWOOD FARMS, INC.,

                                               07 CIV. 3657 (CLB)

                    Plaintiff,

  - against -

TOLL BROS., INC.,                                             ECF CASE

                    Defendant.
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of June 2008, a true copy of the documents listed below was served via electronic case filing (ECF) upon Joseph J. Haspel, Esq., Attorney for Plaintiff. On June 18, 2008, a true copy of said documents was also served via UPS Next Day Air, addressed to Joseph J. Haspel, Esq., 40 Matthews Street, Suite 201, Goshen, New York 10924:

1. **Toll Bros., Inc.'s Cross-Motion for Summary Judgment;**

2. **Toll Bros., Inc.'s Local Rule 56.1 Statement in Support of Its Cross-Motion for Summary Judgment and in Opposition To Plaintiff's Rule 56 Motion;**

3. **Declaration of Daniel Zalinsky in Opposition to Plaintiff's Summary Judgment Motion and in Support of Toll Bros., Inc.'s Cross-Motion for Summary Judgment;**

4. **Declaration of William P. Harrington in Support of Toll Bros., Inc.'s Cross-Motion for Summary Judgment with Exhibits 1-13;**

5. **Defendant's Memorandum of Law in Support of its Cross-Motion For Summary Judgment and in Opposition to Plaintiff's Rule 56 Motion.**

                                                         WILLIAM P. HARRINGTON (WH-5262)
                                                         Bleakley Platt & Schmidt, LLP
                                                         *Attorneys for Defendant*
                                                         One North Lexington Avenue
                                                         P.O. Box 5056
                                                         White Plains, New York 10602-5056
                                                         (914) 949-2700