

# BLEAKLEY PLATT

NEW YORK   CONNECTICUT

MICHAEL P. BENENATI
914.287.6120
MBENENATI@BPSLAW.COM

BLEAKLEY PLATT & SCHMIDT, LLP

ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK 10601
914.949.2700
FAX: 914.683.6956
BPSLAW.COM

July 11, 2008

**MEMO ENDORSED**

*Application Granted*
*So Ordered*
*Charles L. Brieant*
*7/11/08   USDJ*

*Sent By Facsimile to (914) 390-4085*

Alice Cama
United States Courthouse
300 Quarropas Street, Room 275
White Plains, NY 10601

Re:  *Briarwood Farms, Inc. v. Toll Bros.*
      07 Civ. 3657 (CLB)

Dear Ms. Cama:

As discussed earlier today, both Briarwood Farms and Toll Brothers have agreed to a brief scheduling for submission of their respective motions for summary judgment in the referenced matter. Currently, the motions are to be fully submitted to the Court on July 18, 2008.

Counsel for Briarwood has agreed to postpone the July 18, 2008 submission date to August 1, 2008. Toll Bros. will also file its reply papers by August 1, 2008.

Therefore, we kindly request that the Court consent and extend the briefing schedule as agreed to by the parties.

Please call if you have any questions.

Very truly yours,

Michael P. Benenati

cc:  Joseph J. Haspel, Esq.
     40 Matthews Street, Suite 201
     Goshen, New York 10924

     *Sent By Facsimile to 845-294-3843*

     William P. Harrington, Esq.