

| | |
|---|---|
| **BLEAKLEY PLATT**<br>NEW YORK  CONNECTICUT<br>WILLIAM P. HARRINGTON<br>914.287.6104<br>WPHARRINGTON@BPSLAW.COM | BLEAKLEY PLATT & SCHMIDT, LLP<br>ONE NORTH LEXINGTON AVENUE<br>WHITE PLAINS, NEW YORK 10601<br>914.949.2700<br>FAX: 914.683.6956<br>BPSLAW.COM |

July 23, 2008

*Via Facsimile 914- 390-4085*

Hon. Charles L. Brieant
United States Courthouse
300 Quarropas Street, Room 275
White Plains, NY 10601

Att: Alice Cama

    Re:   *Briarwood Farms, Inc. v. Toll Bros. Inc.*
           07 Civ. 3657 (CLB)

Dear Ms. Cama:

    Please disregard my letter of July 23. This will confirm that Toll Bros. Inc.'s time to file its sur reply in support of its cross motion has been adjourned to August 1, 2008, with consent of plaintiff's counsel.

                                  Respectfully submitted,

                                  William P. Harrington  MEB

WPH:meb

cc:   Joseph J. Haspel, Esq
       *Via Facsimile 845-294-3843*